FILED

Gloria M. Vilchez
6858 Ben Ave. #12
North Hollywood, CA 91605
(818) 288-2542

Defendant, In Pro Per

2017 MAR 16  PM 2: 55

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

TIM SAUER,

Plaintiff(s),

vs.

GLORIA M. VILCHEZ; and DOES 1- 10,

Defendant.

Case No.

CV 17 - 02104 PA (RAO x)

**NOTICE OF REMOVAL**

**TO THE CLERK OF THE ABOVE-TITLED COURT AND THE HONORABLE UNITED STATES DISTRICT JUDGE:**

PLEASE TAKE NOTICE that defendant  GLORIA M. VILCHEZ ("Defendant") hereby remove to this Court the above-captioned action described further below:

1.  THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.

On January 13, 2017, Plaintiff, TIM SAUER  ("Plaintiff") filed an unlawful detainer action in the Superior Court of California, County of Los Angeles, entitled TIM SAUER v. GLORIA M. VILCHEZ and DOES to 10, LASC Case No. 17B00132. Defendant's Demurrer to the complaint for unlawful detainer was based on a defective Notice to Quit.  A true and correct copy of the relevant pleadings, i.e., summons, complaint, Demurrer and Answer are attached hereto as **Exhibit "A"**.

2. This removal is therefore timely because it is not barred by the provisions of 28 U.S.C. § 1446(b).

3. No previous request has been made for the relief requested.

4. The Superior Court of California for the County of Los Angeles is located within the Central District of California. Sec 28 U.S.C. § 84(c)(1).  Thus, venue is proper in this Court because it is the "district and divisions embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. This Action is removable to the instant Court because it originally could have been filed in this Court pursuant to 28 U.S.C. § 1441(a) and/or (b). The complaint presents federal questions. Supplemental jurisdiction exists with respect to any remaining claims pursuant to 28 U.S.C. § 1367.

**II. FEDERAL QUESTION: REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §1331 and §1441.**

6. The complaint for Unlawful Detainer is subject to strict notice requirements.

7. Defendant filed an Answer to the complaint based on a defective notice, i.e., the Notice to Pay Rent or Quit, failed to comply with The Protecting Tenants at Foreclosure Act [12 U.S.C. §5220].

8. Notwithstanding said violation of 12 U.S.C. §5220, the Superior Court for the County of Los Angeles did not sustain Defendant's .

9. Federal question exists because Defendant's Answer, a pleading depend on the determination of Defendant's rights and Plaintiff's duties under federal law. Wherefore, Defendant  GLORIA M. VILCHEZ respectfully remove this action from the California

Superior Court for the County of Los Angeles this Court pursuant to 28 United States Code Sections 1331 and 1441.

Respectfully submitted,

Dated: 3/16/17

By: _____

GLORIA M. VILCHEZ

Defendant, In Pro Per

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

<u>**EXHIBIT "A"**</u>

24
25
26
27
28

SUM-130

# SUMMONS
## *(CITACION JUDICIAL)*
### UNLAWFUL DETAINER—EVICTION
### *(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
GLORIA M. VILCHEZ, DOES 1 TO 10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
TIM SAUER

| |
|---|
| FOR COURT USE ONLY |
| *(SOLO PARA USO DE LA CORTE)* |
| **CONFORMED COPY** |
| **ORIGINAL FILED** |
| Superior Court of California |
| County of Los Angeles |
| **JAN 13 2017** |
| Sherri R. Carter, Executive Officer/Clerk |
| By: Jose A. Olivares, Deputy |

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | CASE NUMBER: *(Número del caso):* |
|---|---|
| 1. The name and address of the court is: *(El nombre y dirección de la corte es):* | **17B00132** |

Superior Court of California, Los Angeles County, NorthWest Dist, 6230 Sylmar Ave, Van Nuys, CA 91401

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Monica Malek-Yonan #125987, 818-249-4744, PO Box 723, Verdugo City, CA 91046

3. *(Must be answered in all cases)* An **unlawful detainer assistant** (Bus. & Prof. Code, §§ 6400–6415) ☑ did not ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

| Date: *(Fecha)* **JAN 13 2017** | Sherri R. Carter, Executive Officer/Clerk Clerk, by *(Secretario)* **Jose A. Olivares** | , Deputy *(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

| [SEAL] | 4. **NOTICE TO THE PERSON SERVED:** You are served |
|---|---|

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as an occupant
d. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
☐ CCP 415.46 (occupant)   ☐ other *(specify):*

5. ☐ by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure, §§ 412.20, 415.456, 1167

**UD-100**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:

Monica Malek-Yonan, Attorney at Law - SBN 125987
P.O. Box 723
Verdugo City, CA 91046-0723

TELEPHONE NO. 818-249-4744    FAX NO. *(Optional)*:

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*: Plaintiff

FOR COURT USE ONLY

CONFORMED COPY
ORIGINAL FILED-
Superior Court of California
County of Los Angeles

JAN 13 2017

Sherri R. Carter, Executive Officer/Clerk
By: Jose A. Olivares, Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 6230 Sylmar Avenue
MAILING ADDRESS: 6230 Sylmar Avenue
CITY AND ZIP CODE: Van Nuys, CA 91401
BRANCH NAME: NORTHWEST DISTRICT

PLAINTIFF: TIM SAUER

DEFENDANT: GLORIA M. VILCHEZ

[✓] DOES 1 TO __10__

COMPLAINT — UNLAWFUL DETAINER*

[✓] COMPLAINT    [ ] AMENDED COMPLAINT *(Amendment Number)*: _____

CASE NUMBER:
17B00132

**Jurisdiction** *(check all that apply)*:

[✓] ACTION IS A LIMITED CIVIL CASE
  Amount demanded [✓] does not exceed $10,000
                  [ ] exceeds $10,000 but does not exceed $25,000

[ ] ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint *(check all that apply)*:
  [ ] from unlawful detainer to general unlimited civil (possession not in issue)      [ ] from limited to unlimited
  [ ] from unlawful detainer to general limited civil (possession not in issue)        [ ] from unlimited to limited

1. PLAINTIFF *(name each)*:
   TIM SAUER

   alleges causes of action against DEFENDANT *(name each)*:
   GLORIA M. VILCHEZ

2. a. Plaintiff is (1) [✓] an individual over the age of 18 years.  (4) [ ] a partnership.
                  (2) [ ] a public agency.                         (5) [ ] a corporation.
                  (3) [ ] other *(specify)*:

   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify)*:

3. Defendant named above is in possession of the premises located at *(street address, apt. no., city, zip code, and county)*:

   6858 Ben Avenue, #12, North Hollywod, CA 91605, LOS ANGELES COUNTY

4. Plaintiff's interest in the premises is [✓] as owner   [ ] other *(specify)*:

5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

6. a. On or about *(date)*: 06/15/2015          defendant *(name each)*:

   GLORIA M. VILCHEZ

   (1) agreed to rent the premises as a [ ] month-to-month tenancy [✓] other tenancy *(specify)*: 1 Year
   (2) agreed to pay rent of $ 1,350.00   [✓] payable [✓] monthly [ ] other *(specify frequency)*:
   (3) agreed to pay rent on the [✓] first of the month [ ] other day *(specify)*:

   b. This [✓] written [ ] oral  agreement was made with
   (1) [✓] plaintiff.                        (3) [ ] plaintiff's predecessor in interest.
   (2) [✓] plaintiff's agent.                (4) [ ] other *(specify)*:

* NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev. July 1, 2005]

COMPLAINT—UNLAWFUL DETAINER

Civil Code, § 1940 et seq.
Code of Civil Procedure §§ 425.12, 1166
www.courtinfo.ca.gov

| PLAINTIFF *(Name)*: TIM SAUER | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name)*: GLORIA M. VILCHEZ | |

9. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.

10. ☑ At the time the 3-day notice to pay rent or quit was served, the amount of rent due was $ 1,390.00

11. ☑ The fair rental value of the premises is $ 46.33 per day.

12. ☐ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 12.)*

13. ☑ A written agreement between the parties provides for attorney fees. at ¶24.

14. ☐ Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage)*:

    Plaintiff has met all applicable requirements of the ordinances.

15. ☐ Other allegations are stated in Attachment 15.

16. Plaintiff accepts the jurisdictional limit, if any, of the court.

17. **PLAINTIFF REQUESTS**
    a. possession of the premises.
    b. costs incurred in this proceeding.
    c. ☑ past-due rent of $ 1,390.00
    d. ☑ reasonable attorney fees.
    e. ☑ forfeiture of the agreement.
    f. ☑ damages at the rate stated in item 11 from *(date)*: 01/01/2017 for each day that defendants remain in possession through entry of judgment.
    g. ☐ statutory damages up to $600 for the conduct alleged in item 12.
    h. ☑ other *(specify)*:
       As Court sees fit and just.

18. ☐ Number of pages attached *(specify)*: _____

## UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)

19. *(Complete in all cases.)* An unlawful detainer assistant ☐ did not ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state)*:

    a. Assistant's name:                          c. Telephone No.:
    b. Street address, city, and zip code:        d. County of registration:
                                                  e. Registration No.:
                                                  f. Expires on *(date)*:

Date: 01/12/2017

MONICA MALEK-YONAN                                ▷  *[signature]*
_____                     _____
(TYPE OR PRINT NAME)                                 (SIGNATURE OF PLAINTIFF OR ATTORNEY)

## VERIFICATION

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

SEE ATTACHED VERIFICATION                         ▷
_____                     _____
(TYPE OR PRINT NAME)                                 (SIGNATURE OF PLAINTIFF)

# THREE DAY NOTICE TO PAY RENT OR QUIT

TO:  *GLORIA M VILCHEZ*

and all other tenants in possession of the premises describes as:

Address: *6858 BEN AVE, Apt #12*
*NORTH HOLLYWOOD, CA 91605*

County of Los Angeles, California

PLEASE TAKE NOTICE that the rent is now due and payable on the above-described premises which you currently hold and occupy.
Your rental account is delinquent in the amount as follows:

**RENT DEMANDED**    *$1,390.00*

You are hereby required to pay said rent in FULL within three (3) days or to remove yourself from and deliver up possession of the above-described premises, or legal proceedings will be instituted against you to recover possession of said premises, to declare the forfeiture of the Lease or Rental Agreement under which you occupy said premises and to recover rents, together with punitive damages, court costs and attorneys fees, according to the terms of your Lease or Rental agreement.

**YOU ARE FURTHER NOTIFIED** that by this notice your landlord, elects to, and does hereby declare a forfeiture of said lease or rental agreement if said rent is not paid in full.

| Payment can be | [X] dropped off at office mail slot at any time | Cashier's Check to be made payable to: | Office Hours: |
|---|---|---|---|
| | [X] in person at | | 9:00AM—5:00PM Monday—Friday |

By: Cash

By: Cashiers Check

By: Money Order

By: Paypal (no echecks)

By: Credit or Debit Card

TIM SAUER
SAUER PROPERTIES
13014 SHERMAN WAY – OFFICE
North Hollywood, CA, 91605

818-731-2837 OR 818-255-2220

DATED: 12/7/2016

Owner/Manager_____
This notice supersedes any previous demand for rent.

6858 BEN AVE    APT. 12
NORTH HOLLYWOOD, CA 91605

Pay Online Now

http://sauerproperties.com/pay?
a=1532.59&h=33340&n=BEN

**Exhibit 2**

**VERIFICATION**
[C.C.P. §446 and 2015.5]

STATE OF CALIFORNIA        )
                           ) SS
COUNTY OF LOS ANGELES      )

     I, the undersigned state:

I am the Plaintiff in the within action. I have read the foregoing Complaint for Unlawful Detainer and know the contents thereof and the same is true of my own knowledge, except as to matters which are therein stated upon information or belief, and as to those matters, I believe them to be true.

I Certify (or Declare) under Penalty of Perjury, that the foregoing is true and correct.

Executed on January 12, 2017, at Los Angeles, California.

_____
Declarant TIM SAUER

**NOTICE: EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.**

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

| CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY FOR *(Name):*

NAME OF COURT:
STREET ADDRESS: 6230 Sylmar Avenue
MAILING ADDRESS: 6230 Sylmar Avenue
CITY AND ZIP CODE: Van Nuys, CA 91401
BRANCH NAME: NORTHWEST DISTRICT

PLAINTIFF: SAUER

DEFENDANT: VILCHEZ, et al.

| PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | CASE NUMBER: 17B00132 |
|---|---|

Complete this form only if ALL of these statements are true:
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.
3. You still occupy the premises.

*(To be completed by the process server)*
DATE OF SERVICE:
*(Date that this form is served or delivered, and posted, and mailed by the officer or process server)*

**I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:**

1. My name is *(specify):*

2. I reside at *(street address, unit No., city and ZIP code):*

3. The address of "the premises" subject to this claim is *(address):*

   6858 Ben Avenue, #12, North Hollywood, CA 91605, LOS ANGELES COUNTY

4. On *(insert date):* _____ , the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.*

5. I occupied the premises on the date the complaint was filed *(the date in item 4).* I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4).*

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4).*

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of $ _____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

*(Continued on reverse)*

| CP10.5 [New January 1, 1991] | PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | Code of Civil Procedure §§ 415 46, 715.010, 715.020, 1174 25 |
|---|---|---|

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

**FILED**
LOS ANGELES SUPERIOR COURT

FEB 1 9 2016

SHERRI R. CARTER, EXECUTIVE OFFICER/ CLERK

BY C. CASAREZ, DEPUTY

In re Los Angeles Superior Court Cases
General Order – Limited Jurisdiction
Unlawful Detainer (Eviction) Cases
Assigned to Designated District Hub
Locations

**GENERAL ORDER**

☐ Long Beach Courthouse
☐ Norwalk Courthouse
☐ Pasadena Courthouse
☐ Pomona South Courthouse
☐ Santa Monica Courthouse
☐ Van Nuys Courthouse

TO EACH PARTY AND TO THE ATTORNEY OF RECORD FOR EACH PARTY:
PLEASE TAKE NOTICE that pursuant to the California Code of Civil Procedure [CCP], the
California Rules of Court [CRC], and the Los Angeles County Court Rules [LASC], the Court
makes the following orders:

**SERVICE OF THIS ORDER**

1. Each plaintiff is ordered to serve a copy of this general order on each defendant along
   with copies of the summons and complaint, and to file proof of this service as
   mandated in this order. [CCP §594(b)]

**EARLY SETTLEMENT MEETING & MEDIATION OPPORTUNITIES**

2. Each plaintiff is ordered to contact each defendant within ten days of service in good
   faith to initiate settlement of the action. Such contact shall be made orally or in writing
   with the objective of having the case dismissed within 60 days of its filing. It is the
   Court's intent that, where possible, every effort should be made to keep settled cases
   from becoming public as provided in CCP §1161.2 (a)(5) and (a)(6). If the parties
   agree, the Court will retain jurisdiction to enforce any settlement after dismissal. [CCP
   §664.6]

3. The Los Angeles County Department of Consumer Affairs offers mediation services
   free of charge and mediations may be scheduled prior to trial by telephoning 800-
   593-8222 or going on-line at:
   dcba.lacounty.gov/wps/portal/dca/main/home/mediation.

**SERVICE BY POSTING AND MAILING**

4. Service of the summons and complaint on a named party by posting and mailing may
   only be done after an order is obtained, based upon an affidavit of due diligence.
   [CCP §415.45(a)] Such an order will not extend to unnamed or unknown occupants.

**ADDRESSES AND TELEPHONE NUMBERS**

5. Absent good cause, each party must have an address and telephone number listed
   on each document filed with the Court. [CRC 2.111 and 2.118]

## STIPULATIONS AND MOTIONS TO CONTINUE TRIAL

13. A trial will be postponed if all attorneys of record and/or the parties who have appeared in the action stipulate in writing to the postponement. Stipulated trial court continuances may continue the trial date for an indefinite period of time, and will not be limited to 30 days.   [CCP §595.2 and California Govt. Code §70617(c)(2)] Stipulations to continue trial must be filed 5 days in advance or an appearance to continue the trial by at least one party will be necessary.

## INTERPRETERS AND COURT REPORTERS

14. The Court will provide an interpreter for parties and witnesses at no charge.

15. Proceedings in Court will not be transcribed by a court reporter unless supplied by a party to the action as permitted by LASC Rule 2.21.

## JURY AND COURT TRIALS

16. Parties to an unlawful detainer action must be ready to go to trial on the day of trial. Trial readiness – within the meaning of this General Order – is the ability to begin trying a case forthwith or as directed by the court.  Accordingly, parties who appear on the day of trial and are not ready to try their case or parties who announce "trial-ready" but are not prepared to immediately try a case are not acting in compliance with this General Order, regardless of whether the parties' attorneys are appearing on behalf of other litigants in different actions on the same day.  Misrepresentations of a case's trial readiness on the day of trial is a violation of this General Order and may subject the offending party to the imposition of monetary sanctions.

17. On the day of trial, parties should have with them all of the following:

    i.   Joint Statement of the case;
    ii.   Motions in Limine which must be served and filed in accordance with the Local Rules of the Los Angeles Superior Court; [See LASC Rule 3.57]
    iii.   Joint Witness List disclosing the witnesses who will be called, what they will testify to, whether an interpreter is needed, and how long their testimony will take;
    iv.   Joint Exhibits in exhibit books, numbered appropriately, and a Joint Exhibit List;  [See LASC Rules 3.52 and 3.53]
    v.   If a jury trial, Joint Proposed Jury Instructions printed out for the court; and,
    vi.   If a jury trial, Joint Proposed Verdict Form(s) printed out for the court.
    vii.   To assist the parties, a UD Jury Trial Readiness packet (LACIV 244) is available on the court's website, which is:
        www.lacourt.org/forms/unlawfuldetainer

18. If a party fails or refuses to meet and confer, the other party or parties shall prepare and bring to trial the foregoing matters labeled as "[Proposed] Joint Documents."

19. Failure to provide any of the aforementioned documents in this General Order on the trial date may cause a delay in the case being assigned to a trial court. Failure to comply with any provisions of this General Order without substantial justification may result in monetary sanctions.

# MONICA MALEK-YONAN
## ATTORNEY AT LAW
P.O. Box 723, Verdugo City, CA 91046
Phone: 818-249-4744  Fax: 818-286-1514
Email <MalekYonan.Monica@gmail.com>

---

### Early Settlement Meeting

This firm represents the leagl rights and interests of the plaintiff herein.  Plaintiff would like to invite you to contact the undersigned in order to negotiate and attempt to settle the case, if possible.  The best way to do so is for you to contact the undersigned either by sending a fax at 818-286-1514 or by email to <MalekYonan.Monica@gmail.com>.


*Monica Malek-Yonan*

Monica Malek-Yonan
Attorney for Plaintiff

1  GLORIA M. VILCHEZ

2  6858 Ben Avenue #12

3  North Hollywood, CA 91605

4  (818) 966-0672

Superior Court of California
County of Los Angeles

JAN 18 2017

Sherri R. Carter, Executive Officer/Clerk
By: Ann Crooker, Deputy

5

6

7

8                    SUPERIOR COURT OF CALIFORNIA

9                       COUNTY OF LOS ANGELES

10

11

12                                    ) Case Number:  17B00132
         Tim Sauer,                   )
13                                    ) DEFENDANT'S NOTICE OF DEMURRER
                                      ) TO COMPLAINT
14        *Plaintiff*                 )
                                      )
15                                    ) Date: ~~2-20-2017~~  FEB. 15, 2017
         Vs                           )
16                                    ) Time: 1:30 p.m.
                                      ) Dept.:  H
17       Gloria M. Vilchez,           )
                                      )
18       Does 1 to 10,                )
                                      )
19        *Defendants.*               )
                                      )
20

21     TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

22

23        PLEASE TAKE NOTICE that on February 20, 2017 at 1:30 p.m., or soon thereafter as it

24   may be heard in the above-entitled court, located at 6230 Sylmar Avenue, Van Nuys, CA 91401,

25   Defendant, Gloria M. Vilchez, hereinafter ("Defendant") will present their Demurrer to Plaintiff,

26   Tim Sauer, (hereinafter "Plaintiff") Complaint for Unlawful Detainer.

27        The Demurrer will be based on Plaintiff's Complaint for Unlawful Detainer, the

28   accompanying Memorandum of Points and Authorities, the records of the Court, and such other and

**DEMURRER TO COMPLAINT FOR UNLAWFUL DETAINER**

1   GLORIA M. VILCHEZ

.2   6858 Ben Avenue #12

3   North Hollywood, CA 91605

4   (818) 966-0672

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JAN 18 2017

Sherri R. Carter, Executive Officer/Clerk
By: Ann Crooker, Deputy

5

6

7

8                       SUPERIOR COURT OF CALIFORNIA

9                         COUNTY OF LOS ANGELES

10

11

12      Tim Sauer,                     )   Case Number: 17B00132
                                       )
13                                     )   DEFENDANT'S NOTICE OF DEMURRER
          Plaintiff                    )   TO COMPLAINT
14                                     )
                                       )
15      Vs                             )   Date: ~~2-20-2017~~ FEB. 15, 2017
                                       )   Time: 1:30 p.m.
16                                     )   Dept.:  H
        Gloria M. Vilchez,            )
17                                     )
                                       )
18      Does 1 to 10,                  )
                                       )
19      Defendants.                    )
                                       )
20

21

22   TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

23       PLEASE TAKE NOTICE that on February 20, 2017 at 1:30 p.m., or soon thereafter as it

24   may be heard in the above-entitled court, located at 6230 Sylmar Avenue, Van Nuys, CA 91401,

25   Defendant, Gloria M. Vilchez, hereinafter ("Defendant") will present their Demurrer to Plaintiff,

26   Tim Sauer, (hereinafter "Plaintiff") Complaint for Unlawful Detainer.

27       The Demurrer will be based on Plaintiff's Complaint for Unlawful Detainer, the

28   accompanying Memorandum of Points and Authorities, the records of the Court, and such other and

DEMURRER TO COMPLAINT FOR UNLAWFUL DETAINER

Limited Civil Division, Unlawful Detainer Section          Date Filed:  1/18/17
Van Nuys, CA. 91401

# NOTICE OF UNLAWFUL DETAINER
# (EVICTION)

GLORIA M. VILCHEZ
6858 BEN AVE APT 12

NORTH HOLLYWOOD CA 91605-6905

SAUER, TIM                         VS. VILCHEZ, GLORIA M.
An Unlawful Detainer complaint (eviction action) has been filed, naming you as a defendant. It is
important for you to take immediate action. YOU ARE ALLOWED FIVE (5) DAYS AFTER YOU ARE SERVED TO
RESPOND TO THE COMPLAINT.
The following organizations, among others, may be contacted for legal advice:
Legal Aid Society of Orange County   (800)834-5001   Legal Aid Foundation of Los Angeles   (213)640-3881
Eviction Assistance Center (Shriver) (818)485-0578   Los Angeles County Bar Association    (213)243-1525
(For help with cases filed only at the Stanley Mosk    Neighborhood Legal Services of
Courthouse 111 N. Hill St., Rm. 115, Los Angeles)      Los Angeles County            (800)433-6251

The State Bar of California certifies lawyer referral service in California and publishes a list of
certified lawyer referral services organized by county.  To locate a lawyer referral service in your
county, go to the State Bar's website at www.calbar.ca.gov or call 1-866-442-2529.

Persons with disabilities who require a special accommodation to  access Court programs, services or
activities may request the needed accommodation by filling out the Request for Accommodations by Persons
with Disabilities and Order form, Judicial Council form MC-410.  Forms are available in the Clerk's office
and the ADA Coordinator's office of each Courthouse, and by mail upon request to the ADA Coordinator's
office.  Submit the completed form to the Clerk's office or ADA Coordinator's office of the Courthouse at
issue.  Form MC-410 and any other pleadings in this case may be filed by Fax.  For contact information
please visit the court's website http://www.lacourt.org for courthouse specific ADA telephone contact
information.

If you need a Spanish language interpreter for an eviction case, interpreters are available at each
courthouse.  If you need an interpreter in another language for a courtroom proceeding, please request on
prior to your court date through the Interpreter Request Portal found on the court's website via the
Self-Help Resources tab located on the home page at http://www.lacourt.org. While the court will make
every effort to locate an interpreter for the date and time of your hearing, it cannot guarantee that one
will be immediately available.

During the first 60 days from the date of filing, the case file may only be reviewed by the
following persons: 1) Any party listed in the action, 2) An attorney for one of the parties, 3) Any
other person who provides the clerk the following: (a) Name of at least one plaintiff and one
defendant in the action and the address, including any applicable apartment, unit, or space number
of the subject premises, (b) The name of one of the parties in the action or the case number and can
establish through proper identification that (s)he lives at the subject premises.

Persons who do not meet the requirements described above cannot access the court index, register of
actions, or other court records until 60 days after the complaint is filed, except pursuant to an ex
parte order upon a showing of good cause.

## CERTIFICATE OF MAILING
I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am
not a party to the cause herein, and that on this date I served the Notice of Unlawful Detainer
(Eviction) upon each party or counsel named and to "All Occupants" at the subject premises by
placing the document for collection and mailing so as to cause it to be deposited in the United
States mail at the Courthouse in Los Angeles, California, one copy of the original filed/entered
herein in a separate sealed envelope to each address as shown below with the postage thereon fully
prepaid, in accordance with standard court practices.

                                         Sherri R. Carter, Executive Officer/Clerk

Dated:  1/18/17                          By:  Greg C. Drapac, Deputy Clerk


# NOTICE OF UNLAWFUL DETAINER (EVICTION)
LACIV 002 (Rev.05/16)
LASC Approved 04-05
For Optional Use
   N                                                            Code Civ. Proc.,
                                                               §§ 1161.2, 1161.2(c)

Limited Civil Division, Unlawful Detainer Section          Date Filed:   1/13/17
6230 Sylmar Ave., Rm. 107
Van Nuys, CA. 91401

## NOTICE OF UNLAWFUL DETAINER
## (EVICTION)

GLORIA M. VILCHEZ
6858 BEN AVE APT 12

NORTH HOLLYWOOD CA 91605-6905
|ll,,,,ll,l,,ll,,,l,l,l,l,ll,,,,l,,,l,l,l,l,l,l,l|

SAUER, TIM                                VS. VILCHEZ, GLORIA M.
An Unlawful Detainer complaint (eviction action) has been filed, naming you as a defendant. It is
important for you to take immediate action. **YOU ARE ALLOWED FIVE (5) DAYS AFTER YOU ARE SERVED TO
RESPOND TO THE COMPLAINT.**
The following organizations, among others, may be contacted for legal advice:
Legal Aid Society of Orange County   (800)834-5001   Legal Aid Foundation of Los Angeles   (213)640-3881
Eviction Assistance Center (Shriver) (818)485-0578   Los Angeles County Bar Association    (213)243-1525
  For help with cases filed only at the Stanley Mosk   Neighborhood Legal Services of
Courthouse 111 N. Hill St., Rm. 115, Los Angeles)              Los Angeles County         (800)433-6251

The State Bar of California certifies lawyer referral service in California and publishes a list of
certified lawyer referral services organized by county.  To locate a lawyer referral service in your
county, go to the State Bar's website at www.calbar.ca.gov or call 1-866-442-2529.

Persons with disabilities who require a special accommodation to  access Court programs, services or
activities may request the needed accommodation by filling out the Request for Accommodations by Persons
with Disabilities and Order form, Judicial Council form MC-410.  Forms are available in the Clerk's office
and the ADA Coordinator's office of each Courthouse, and by mail upon request to the ADA Coordinator's
office.  Submit the completed form to the Clerk's office or ADA Coordinator's office of the Courthouse at
issue.  Form MC-410 and any other pleadings in this case may be filed by Fax.  For contact information
please visit the court's website http://www.lacourt.org for courthouse specific ADA telephone contact
information.

If you need a Spanish language interpreter for an eviction case, interpreters are available at each
courthouse.  If you need an interpreter in another language for a courtroom proceeding, please request on
prior to your court date through the Interpreter Request Portal found on the court's website via the
Self-Help Resources tab located on the home page at http://www.lacourt.org. While the court will make
every effort to locate an interpreter for the date and time of your hearing, it cannot guarantee that one
will be immediately available.

During the first 60 days from the date of filing, the case file may only be reviewed by the
following persons: 1) Any party listed in the action, 2) An attorney for one of the parties, 3) Any
other person who provides the clerk the following: (a) Name of at least one plaintiff and one
defendant in the action and the address, including any applicable apartment, unit, or space number
of the subject premises, (b) The name of one of the parties in the action or the case number and can
establish through proper identification that (s)he lives at the subject premises.

Persons who do not meet the requirements described above cannot access the court index, register of
actions, or other court records until 60 days after the complaint is filed, except pursuant to an ex
parte order upon a showing of good cause.

### CERTIFICATE OF MAILING
I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am
not a party to the cause herein, and that on this date I served the Notice of Unlawful Detainer
(Eviction) upon each party or counsel named and to "All Occupants" at the subject premises by
placing the document for collection and mailing so as to cause it to be deposited in the United
States mail at the Courthouse in Los Angeles, California, one copy of the original filed/entered
herein in a separate sealed envelope to each address as shown below with the postage thereon fully
prepaid, in accordance with standard court practices.

                                            Sherri R. Carter, Executive Officer/Clerk

Dated:   1/18/17                            By:  Greg C. Drapac, Deputy Clerk


## NOTICE OF UNLAWFUL DETAINER (EVICTION)

LACIV 002 (Rev.05/16)
LASC Approved 04-05                                           Code Civ. Proc.,
For Optional Use                                          §§ 1161.2, 1161.2(c)
        N

# TRIBUNAL SUPERIOR DE CALIFORNIA, CONDADO DE LOS ÁNGELES
## NOTIFICACIÓN DE JUICIO DE DESAHUCIO (DESALOJO)

Se ha presentado una demanda de retención ilícita (acción de desalojo) que lo nombra a usted como demandado.  Es importante que tome medidas de inmediato. **TIENE CINCO (5) DÍAS DE LA FECHA EN QUE RECIBIÓ ESTE AVISO LEGALMENTE PARA RESPONDER A LA DEMANDA.**

Puede comunicarse con las siguientes organizaciones, entre otras, para obtener asesoramiento legal:

| | | | |
|---|---|---|---|
| • Sociedad de Ayuda Legal del Condado de Orange | (800) 834-5001 | • Fundación de Ayuda Legal de Los Ángeles | (213) 640-3881 |
| • Centro de Asistencia para Desalojo (Shriver) (Si necesita ayuda con casos presentados solamente en la corte Stanley Mosk, 111 N. Hill St., Sala 115, Los Ángeles.) | (818) 485-0578 | • Colegio de Abogados del Condado de Los Ángeles | (213) 243-1525 |
| | | • Servicios Legales de Barrio de Los Ángeles | (800) 433-6251 |

El servicio de remisión a abogados del Colegio de Abogados de California publica una lista de servicios certificados de remisión a abogados clasificados por condado.  Para encontrar un servicio de remisión a abogados en su condado, visite el sitio web del Colegio de Abogados en www.calbar.ca.gov o llame al 1-866-442-2529.

Las personas con discapacidades que requieran una modificación especial para acceder a los programas, servicios o actividades de la corte, pueden solicitar dicha modificación llenando el formulario *Solicitud de modificaciones para personas discapacitadas y Orden,* formulario MC-410 del Consejo Judicial, que puede obtener en la oficina del secretario y en la oficina del Coordinador de ADA de cada corte, y también solicitándolo por correo a la oficina de Coordinador de ADA. Presente el formulario llenado en la oficina del secretario o en la oficina del Coordinador de ADA de la corte correspondiente. El formulario MC-410 y todos los demás escritos de este caso se pueden enviar por fax.  Si necesita información de contacto telefónico de ADA específica para su corte, visite el sitio web de la corte en http://www.lacourt.org.

**Si necesita un intérprete de español para un caso de desalojo, hay intérpretes disponibles en cada corte.  Si necesita un intérprete en otro idioma para una actuación en la corte, solicítelo antes de su fecha de audiencia en el *Portal de solicitud de intérpretes* del sitio web de la corte, al cual puede acceder seleccionando la ficha Recursos de autoayuda (*Self-Help Resources*) de la página principal de la corte: http://www.lacourt.org.  Si bien la corte hará el mayor esfuerzo posible para ubicar a un intérprete para la fecha y hora de su audiencia, no garantizamos que haya uno disponible en forma inmediata.**

Durante los primeros 60 días de la fecha de presentación, el expediente del caso solo podrá ser examinado por las siguientes personas:

    1) Cualquier parte nombrada en el caso;

    2) Un abogado de una de las partes;

    3) Toda otra persona que le proporcione al secretario lo siguiente: a) El nombre de por lo menos un demandante y un demandado en el caso y la dirección, junto con el departamento, unidad o número de espacio correspondiente del predio objeto del caso; b) El nombre de una de las partes del caso o el número de caso, y puede establecer con identificación apropiada que vive en el predio objeto del caso.

Las personas que no cumplen con los requisitos indicados anteriormente no podrán acceder al índice de la corte, el registro de casos u otros expedientes de la corte hasta que hayan pasado 60 días de la fecha de presentación de la demanda, excepto conforme a una orden ex parte luego de demostrar motivos justificativos.

---

LACIV 002 (Rev. 05/16)
LASC Approved 04-05
For Optional Use - Spanish

**NOTIFICACIÓN DE JUICIO DE DESAHUCIO (DESALOJO)**

Secciones 1161.2, 1161.2(c)  del Cód. de Procedimientos Civiles

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☒ ) |
|---|---|
| Tim Sauer | Gloria M. Vilchez |

| (b) County of Residence of First Listed Plaintiff   Los Angeles | County of Residence of First Listed Defendant   Los Angeles |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |

| (c) Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. | Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. |
|---|---|
| Monica Malek-Yonan   (818) 249-4744 P.O. Box 723 Verdugo City, 91046 | Gloria M. Vilchez 6858 Ben Ave. #12 North Hollywood, CA 91605 (818) 288-2542 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1. Original Proceeding

☒ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multidistrict Litigation - Transfer

☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☐ No   **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. §1331 and §1441 Wrongful Eviction

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 480 Consumer Credit | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 891 Agricultural Acts | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 895 Freedom of Info. Act | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 220 Foreclosure | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

CV17 - 02104

**FOR OFFICE USE ONLY:**   Case Number:

CV-71 (07/16)   CIVIL COVER SHEET   Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| [X] Yes   [ ] No | [X] Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| [ ] Yes   [X] No | | [ ] NO. Continue to Question B.2. |
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| If "no," skip to Question C. If "yes," answer Question B.1, at right. | | [ ] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| [ ] Yes   [X] No | | [ ] NO. Continue to Question C.2. |
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| If "no," skip to Question D. If "yes," answer Question C.1, at right. | | [ ] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [X] |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [X] |

| D.1. Is there at least one answer in Column A? | D.2. Is there at least one answer in Column B? |
|---|---|
| [ ] Yes   [X] No | [ ] Yes   [X] No |
| If "yes," your case will initially be assigned to the SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | If "yes," your case will initially be assigned to the EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above. ➡ | WESTERN |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | [ ] Yes   [X] No |

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court**?          ☒ NO          ☐ YES

    If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?

                                                                              ☒ NO          ☐ YES

    If yes, list case number(s): _____

    **Civil cases** are related when they (check all that apply):

        ☒ A. Arise from the same or a closely related transaction, happening, or event;

        ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

        ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

    Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

    **A civil forfeiture case and a criminal case** are related when they (check all that apply):

        ☒ A. Arise from the same or a closely related transaction, happening, or event;

        ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

        ☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _(signature)_          DATE: 3/16/17

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |